JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PINO, <br><br> Plaintiff, <br><br> v. <br><br> HARBISONWALKER INTERNATIONAL INC.; and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No. 2:18-cv-10365 AB (SKx) <br><br> **ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

**IT IS HEREBY ORDERED** that, as a result of the parties having settled this case, the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

DATED: June 18, 2019

_____
Hon. André Birotte Jr.
United States District Court Judge